UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

CITIBANK, N.A.,

                                        Plaintiff,    :   08 Civ. 0569

                       - against -

                                                     :   Rule 7.1 Statement of

UNITED SUBCONTRACTORS INC.,                      :   <u>Plaintiff Citibank, N.A.</u>

                                            Defendant.

------------------------------------------------------------ x

         Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Citibank, N.A. ("Citibank") states that (a) no publicly held corporation that owns 10 percent or more of Citibank's stock, and (b) Citibank is wholly owned by Citicorp Holdings Inc., which in turn is wholly owned by Citigroup Inc.

Dated: New York, New York
          January 23, 2008

                                                    Kramer Levin Naftalis & Frankel LLP

                                        By: _____
                                                  Marshall H. Fishman (MF-4944)
                                                  Erin E. Oshiro (EO-8878)

                                                   1177 Avenue of the Americas
                                                   New York, NY 10036-2714
                                                   (212) 715-9100

                                                   *Attorneys for Plaintiff Citibank, N.A.*

KL3 2636751.1