AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Citibank, N.A.

v.

United Subcontractors Inc.

**APPEARANCE**

Case Number: 08 Civ-0569

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Citibank, N.A.

I certify that I am admitted to practice in this court.

January 22, 2008
Date

Signature

Marshall H. Fishman — MF-4944
Print Name — Bar Number

1177 Avenue of the Americas
Address

New York, New York  10036
City    State    Zip Code

(212) 715-9100    (212) 715-8000
Phone Number    Fax Number