AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Citibank, N.A.

v.

United Subcontractors Inc.

APPEARANCE

Case Number: 08 Civ 0569

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Citibank, N.A.

I certify that I am admitted to practice in this court.

January 22, 2008
Date

*(signature)*
Signature

Erin E. Oshiro                    EO-8878
Print Name                        Bar Number

1177 Avenue of the Americas
Address

New York, New York   10036
City               State            Zip Code

(212) 715-9100              (212) 715-8000
Phone Number                       Fax Number