EPS Judicial Process Service, Inc.
29-27 41st Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CITIBANK, N.A.

                      Plaintiff (s),

   -against-

UNITED SUBCONTRACTORS, INC.,

                      Defendant (s).
------------------------------------------------------------------X

Index No. 08 CV 0569
<u>AFFIDAVIT OF SERVICE</u>

STATE OF MINNESOTA  )
                                :s.s.:
COUNTY OF HENNEPIN  )

       RYAN LANDRY, being duly sworn, deposes and says:

       I am not a party to this action, am over the age of eighteen years of age, and reside in the State of Minnesota.

       I am an agent for EPS Judicial Process Service, Inc. and received the Summons in a Civil Case, Complaint, Rule 7.1 Statement of Plaintiff Citibank, N.A., Civil Cover Sheet, Individual Practices of Judge Francis, Individual Practices of Judge Miriam Goldman Cedarbaum, 3rd Amended Instructions for Filing an Electronic Case or Appeal, Procedures for Electronic Case Filing and Guidelines for Electronic Case Filing for the above entitled-action to be served upon United Subcontractors, Inc., defendant herein named.

       On the 24th day of January, 2008, at approximately 11:41 p.m. at 5201 Eden Avenue, Suite 220, Edina, Minnesota, I served true copies of the SUMMONS IN A CIVIL CASE, COMPLAINT, RULE 7.1 STATEMENT OF PLAINTIFF CITIBANK, N.A., CIVIL COVER SHEET, INDIVIDUAL PRACTICES OF JUDGE FRANCIS, INDIVIDUAL PRACTICES OF JUDGE MIRIAM GOLDMAN CEDARBAUM, 3RD

AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, PROCEDURES FOR ELECTRONIC CASE FILING and GUIDELINES FOR ELECTRONIC CASE FILING, in the above entitled-action, upon UNITED SUBCONTRACTORS, INC., defendant herein named, by personally delivering to and leaving thereat true copies of the above mentioned documents with Ron Somerville. At time of service, Mr. Somerville identified himself as a Comptroller for United Subcontractors, Inc. and as a person authorized to accept service of process for United Subcontractors, Inc.

Mr. Somerville is a Caucasian male, approximately 43 years of age, 5'9" tall, 180 lbs, with dark hair and dark eyes.

Sworn to before me this,
25th day of January, 2008

_____
NOTARY PUBLIC

_____
RYAN LANDRY

# United States District Court

Southern DISTRICT OF New York

Citibank, N.A.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

United Subcontractors Inc.

**08 CV 0569**

**JUDGE CEDARBAUM**

TO: (Name and address of defendant)
United Subcontractors Inc.
5201 Eden Avenue
Suite 220
Edina, Minnesota 55436

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marshall H. Fishman, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                          JAN 23 2008
CLERK                                        DATE

_____
(BY) DEPUTY CLERK