```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

CITIBANK, N.A.,

                Plaintiff,

        -against-

UNITED SUBCONTRACTORS INC.,

                Defendant.

----------------------------------------------------------------x

No. 08-cv-00569 (MGC)

**STIPULATION**

IT IS HEREBY STIPULATED that the time of defendant United Subcontractors Inc. to answer, move or otherwise respond with respect to the Complaint herein is extended from February 13, 2008 to and including March 14, 2008. This stipulation may be executed in counterparts by e-mail or fax.

Dated: New York, New York
       February 11, 2008

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Attorneys for plaintiff

By: _____
    Marshall H. Fishman (MF 4944)
    Erin E. Oshiro (EO 8878)
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 715-9100

VANDENBERG & FELIU, LLP
Attorneys for defendant

By: _____
    Morlan Ty Rogers (MR 3818)
110 East 42nd Street, Suite 1502
New York, NY 10017
(212) 763-6800

SO ORDERED:

_____
Hon. Miriam Goldman Cedarbaum
United States District Court Judge

February 14, 2008

1