UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

CITIBANK, N.A.,                                        No. 08-cv-00569 (MGC)

              Plaintiff,

-against-

                                            **DEFENDANT'S**
UNITED SUBCONTRACTORS INC.,              **RULE 7.1 STATEMENT**

              Defendant.

-------------------------------------------------------------x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant United Subcontractors Inc. states that there are no parent corporations of defendant or publicly held corporations that own 10% or more of defendant's stock.

Dated: New York, New York
            March 14, 2008

                                                      VANDENBERG & FELIU, LLP

                                                      By: _____
                                                         Robert B. Bernstein (RB 1934)
                                                         Morlan Ty Rogers (MR 3818)
                                                    Attorneys for defendant
                                                         United Subcontractors Inc.
                                                    110 East 42nd Street, Suite 1502
                                                   New York, NY 10017
                                                   (212) 763-6800

To:     Kramer Levin Naftalis & Frankel LLP
        Attorney for plaintiff
        1177 Avenue of the Americas
        New York, NY 10036-2714
        (212) 715-9100

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK    )

JESSICA L. MORAN, being duly sworn, deposes and says:

1. I am not a party to the within action; am over 18 years of age and am employed by Vandenberg & Feliu, LLP, 110 East 42nd Street, Suite 1502, New York, New York 10017.

2. On March 14, 2008, I served the within **DEFENDANT'S RULE 7.1 STATEMENT** upon plaintiff Citibank, N.A. by depositing on said date a true copy thereof, enclosed in a post-paid wrapper addressed to plaintiff's attorneys last known address:

> Kramer Levin Naftalis & Frankel LLP
> 1177 Avenue of the Americas
> New York, NY 10036-2714

into an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

JESSICA L. MORAN

Sworn to before me this
14th day of March, 2008

_____
Notary Public

MORLAN TY ROGERS
Notary Public, State of New York
NO. 02RO6116188
Qualified in Queens County
Commission Expires September 20, 20 08