UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

CITIBANK, N.A.,

                                Plaintiff,      :    08 Civ. 00569 (MGC)

                  - against -      :    **ORAL ARGUMENT REQUESTED**

UNITED SUBCONTRACTORS INC.,    :    <u>Notice of Motion</u>

                             Defendant.

------------------------------------------------------------ x

        PLEASE TAKE NOTICE that, upon the Affidavit of Carl S. Cho In Support of Citibank, N.A.'s Motion for Summary Judgment, sworn to June 17, 2008, and the exhibits annexed thereto, the Statement of Citibank, N.A. Pursuant to Local Rule 56.1, annexed hereto, and upon all the pleadings, plaintiff Citibank, N.A. ("Citibank") will move this Court before the Honorable Miriam Goldman Cedarbaum, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on the 17th day of July, 2008, at 9:30 a.m., or as soon thereafter as counsel can be heard, for an Order pursuant to Fed. R. Civ. P. 56, granting Citibank summary judgment (i) on the Complaint's sole Claim for Relief against USI for breach of contract, (ii) dismissing the

counterclaim asserted by USI in this action, and (iii) such other, further and different relief as the Court deems just and proper.

Dated: New York, New York
June 19, 2008

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
Marshall H. Fishman (MF-4944)
Erin E. Oshiro (EO-8878)

1177 Avenue of the Americas
New York, New York 10036
Tel.: (212) 715-9100
mfishman@kramerlevin.com
eoshiro@kramerlevin.com

Attorneys for Plaintiff