UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CITIBANK, N.A.,                     :    08 Civ. 00569 (MGC)
        Plaintiff,
                                :
    -against-                       :    **NOTICE OF APPEARANCE**
                                :
UNITED SUBCONTRACTORS INC.,
                                :
        Defendant.
                                :
------------------------------------x

        PLEASE TAKE NOTICE that Jeffrey E. Gross, of the law firm Vandenberg & Feliu LLP, hereby appears as counsel for Defendant United Subcontractors Inc.

Dated: New York, New York
      July 24, 2008

                        VANDENBERG & FELIU, LLP

                        By: _____
                            Robert B. Bernstein (RB 1934)
                            Jeffrey E. Gross (JG 5200)
Attorneys for defendant
United Subcontractors Inc.
110 East 42nd Street, Suite 1502
New York, NY 10017
(212) 763-6800