UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

CITIBANK, N.A.,

            Plaintiff,

    -against-

UNITED SUBCONTRACTORS INC.,

            Defendant.

------------------------------------------------x

08 Civ. 00569 (MGC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                           ) ss.:
COUNTY OF NEW YORK  )

        BETTY ZEBALLOS, being duly sworn, deposes and says:

        1.    I am not a party to the within action; am over 18 years of age and am employed by Vandenberg & Feliu, LLP, 110 East 42nd Street, Suite 1502, New York, New York 10017.

        2.    I served the within: (1) Notice of Appearance; (2) Declaration of Robert B. Bernstein, dated July 25, 2008 ; (3) Affidavit of Timothy J. Gallagher, dated July 25, 2008 (4) Defendant's Response to Citibank N.A.'s Statement Pursuant to Local Rule 56.1 and Counterstatement; and (5) Defendant United Subcontractors Inc.'s Memorandum of Law in Opposition to Citibank N.A.'s Motion for Summary Judgment by depositing the same, enclosed in properly addressed wrappers, into the custody of FedEx for priority overnight delivery upon plaintiff's attorneys last known address: Marshall Fishman, Esq., Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036-2714. A copy was also served on counsel by filing in the ECF system in the United States District Court for the Southern District of New York.

                                                               /s/ Betty Zeballos
                                                               BETTY ZEBALLOS

Sworn to before me this
25th day of July, 2008

/s/ Jessica L. Moran
Notary Public
JESSICA L. MORAN
Notary Public, State of New York
No. 01MO6139766
Qualified in Rockland County
Commission Expires 1/23/10